IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN H. STEPHENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 12-614-SLR |
| | ) |
| GAME SHOW NETWORK, LLC and | ) |
| WORLDWINNER.COM, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 3rd day of January, 2017, having reviewed defendants' motion to lift stay and enter judgment, and the papers filed in connection therewith; and plaintiff having agreed "that the PTAB's findings and the exhaustion of appeals is sufficient to lift the stay and enter judgment against Stephenson as to the unpatentability of the claims of" U.S. Patent No. 6,174,237 ("the '237 patent") (D.I. 66 at 2);

IT IS ORDERED that defendants' motion (D.I. 64) is granted. Judgment shall be entered in favor of defendants and against plaintiff as to the invalidity of the '237 patent.

                                                */s/*
                                  United States District Judge